# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICKS,<br><br>        Plaintiff,<br><br>    v.<br><br>DOE, et al.,<br><br>        Defendants. | Case No. ED CV 18-01505 AB (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's Third Amended Complaint (Dkt. No. 12), all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that Plaintiff's Third Amended Complaint is DISMISSED without prejudice.

DATED: 3/4/2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE