JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICKS,<br>　　　　Plaintiff,<br>　　v.<br>DOE, et al.,<br>　　　　Defendants. | Case No. ED CV 18-01505 AB (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's Third Amended Complaint is DISMISSED without prejudice, and this action is dismissed.

DATE: 3/4/2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE